**UNITED STATES of America,**
**Appellee,**

v.

**Bradford LAZARSKI, Appellant.**

**No. 05–1081.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 27, 2005.

Decided: Jan. 5, 2006.

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

614

John Ray White, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Madison P. Aydelott, Brazil & Adlong, Conway, AR, Bradford Lazarski, Powder Springs, GA, for Appellant.

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Bradford Lazarski appeals the sentence imposed after Lazarski pleaded guilty to being a felon in possession of a firearm. Lazarski argues the district court * erroneously sentenced him as an armed career criminal, because two of the earlier felony convictions upon which his armed-career-criminal classification was based were not violent felonies. Having carefully reviewed the record, we conclude the district court correctly determined the felony convictions in questions were violent felonies within the meaning of the relevant statute. *See* 18 U.S.C. § 924(e); *United States v. Sprouse,* 394 F.3d 578, 580–81 (8th Cir. 2005); *United States v. Sun Bear,* 307 F.3d 747, 752–53 (8th Cir.2002), *cert. denied,* 539 U.S. 916, 123 S.Ct. 2275, 156 L.Ed.2d 133 (2003). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

* The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.